IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN JERMAINE SMITH
A.D.C. # 103015                                                                    PETITIONER

v.                          No. 5:12-cv-384-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                    RESPONDENT

## JUDGMENT

Smith's petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2012